**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**Dominic J. FLEMISTER, Petitioner**

**No. 909 MAL 2016**

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**FANNIE MAE, Federal National
Mortgage Association**

v.

**Jeffrey F. KRATZ and Marguerite
F. Kratz**

**Petition of: Jeffrey F. Kratz**

**No. 849 MAL 2016**

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

■

**Wanda C. PIETKIEWICZ**

v.

**Alvin KANOFSKY and
City of Bethlehem**

**Petition of: Alvin Kanofsky**

**No. 766 MAL 2016**

Supreme Court of Pennsylvania.

May 2, 2017

## ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**